UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**

MAR - 4 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 3:16-CR-4-GFVT
                                                33 U.S.C. § 1319(c)(2)(A)

DAVID GILES

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## SUMMARY OF CWA REQUIREMENTS

1.  The Federal Water Pollution Control Act, 33 U.S.C. § 1251, *et sec.*, more commonly known as the Clean Water Act (CWA), was enacted by Congress to restore and maintain the chemical, physical, and biological quality of the nation's waters. See 33 U.S.C. § 1251(a).

2.  The United States Environmental Protection Agency (EPA) is an agency of the United States government responsible for carrying out federal laws and regulations related to the protection of human health and the environment, including the CWA. See 33 U.S.C. § 1251(d).

3.  The CWA generally requires all discharges of pollutants from point sources to waters of the United States to be permitted. See 33 U.S.C. § 1311(a). Such permits are issued under the National Pollutant Discharge Elimination System ("NPDES"). See 33 U.S.C. § 1342. Except in compliance with such a permit, the discharge of any pollutant by any person is unlawful. See 33 U.S.C. § 1311(a).

4.  The term "pollutant" is broadly defined under the CWA to include "dredged spoil, solid waste, incinerator residue, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials, heat, wrecked or discarded equipment, rock, sand, cellar dirt and industrial, municipal, and agricultural waste discharged into water." See 33 U.S.C. § 1362(6).

5.  A "point source" means "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, conduit, well, discrete fissure, container, rolling stock, concentrated animal feeding operation, or vessel or other floating craft, from which pollutants are or may be discharged." See 33 U.S.C. § 1362(14).

6.  "Waters of the United States" is defined to include all intrastate lakes, rivers, and streams (including intermittent streams), and their tributaries, the use, degradation, or destruction of which would or could affect interstate or foreign commerce. See 40 C.F.R. § 122.2.

## BACKGROUND

7.  At all times material herein, Wildcat Creek, a perennial stream, flows year round and empties directly into the Kentucky River, a traditional navigable water (TNW), roughly 1.5 miles downstream from the discharge point and just upstream of the drinking water intake for the City of Versailles. Wildcat Creek is both wide enough and deep enough to be navigated by motor boat in the downstream reaches.

8.  Defendant **DAVID GILES** is a septic tank installer that operates in the area around Versailles, Kentucky. He has a license to install septic tanks, but does not own a septic pumping truck or have a license to pump out septic tanks. As a result, **GILES** partners informally with local companies that have a pumper truck and the license to pump septic tanks required to perform the work. At the time of the events described herein, **GILES** was working with KPL

Septic Service, Inc., a septic pumping company located in Versailles, Kentucky, and had one of KPL's pumper trucks in his possession.

9.  On December 3, 2012, **GILES** had been hired by a local business to pump out six septic tanks located at the business.

## UNPERMITTED DISCHARGE

10. On or about December 3, 2012, Defendant **DAVID GILES** did dump raw sewage from a KPL septic pumper truck over a steep embankment on Wildcat Road into Wildcat Creek, in Anderson County, in the Eastern District of Kentucky.

11. It is estimated that 1000 gallons of raw sewage was dumped down the embankment and into Wildcat Creek.

12. Water samples from Wildcat Creek were taken downstream of the sewage discharge point, specifically for fecal coliform and *e. coli* bacteria, which are indicators of the presence of human or animal waste in a body of water. The sampling results showed a significant increase in *e. coli* and fecal coliform levels in Wildcat Creek below the sewage dump location.

13. Pollutant is defined to include, *inter alia*, sewage, sewage sludge, biological materials, and solid waste.

14. Wildcat Creek, a perennial stream, flows into the Kentucky River, a traditionally navigable water.

## COUNT 1

15. On or about December 3, 2012, in Anderson County, in the Eastern District of Kentucky,

## DAVID GILES

did knowingly discharge and cause the discharge of a pollutant from a point source into a water of the United States, that is, Wildcat Creek, a perennial stream and tributary of the Kentucky

River, without a NPDES permit, by discharging raw sewage into Wildcat Creek, all in violation of Title 18, United States Code, Section 2, and Title 33, United States Code, Section 1319(c)(2)(A).

**A TRUE BILL**

*/s/ Kerry B. Harvey*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 3 years imprisonment, $250,000 fine, and 1 year supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.