UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**
JUN 10 2016
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)   Criminal No. 16-04<br>) |
| v. | )<br>) |
| DAVID GILES, | )   **VERDICT FORM**<br>) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant David Giles guilty of Count One, you must find beyond a reasonable doubt that:

On or about December 3, 2012, in Anderson County, Kentucky, the defendant did knowingly discharge and cause the discharge of a pollutant from a point source into a water of the United States, that is, Wildcat Creek, a perennial stream and tributary of the Kentucky River, without an NPDES permit.

Based on these elements, how do you find the defendant David Giles?

GUILTY ✓           NOT GUILTY ____

6/10/16                              Juror 75
_____                          _____
DATE                                 FOREPERSON