May we have the map? Please
and the videos

Juror 75
Foreman

THE MAP WAS USED FOR DEMONSTRATIVE PURPOSES ONLY AND IS NOT AN EXHIBIT. YOU MUST RELY ON YOUR MEMORY.

WHEN YOU ARE READY, IDENTIFY THE VIDEO OR VIDEOS YOU WOULD LIKE TO SEE. INFORM THE JURY OFFICER AND THE VIDEO(S) WILL BE PLAYED FOR YOU IN THE COURTROOM.

Gregory Van Tatenhove
U.S. District Judge
4:10 PM
6/10/2016

Eastern District of Kentucky
FILED
JUN 10 2016
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT