We have reached a verdict.

Juror 75

Eastern District of Kentucky
FILED

JUN 1 0 2016

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT